J. Scott Bovitz (#93548)
bovitz@bovitz-spitzer.com
**Bovitz & Spitzer**
1100 Wilshire Boulevard, Suite 2403
Los Angeles, California 90017-1961
(213) 346-8300; fax (213) 928-4174

Counsel for appellant,
Dorn Platz Management, Inc.

JS-6

# United States District Court
## Central District of California
### Western Division

| | |
|---|---|
| In re:<br><br>**Doran Lofts, LLC**, a limited liability company,<br><br>Debtor.<br>_____<br><br>**Dorn Platz Management, Inc.**, appellant<br>v.<br>**Neuman Properties and Development, LLC;**<br>**Delovely Properties, LLC;**<br>**Dove Street Capital Lenders, LLC;**<br>and **Doran Lofts, LLC**,<br>appellees | District Court case no. 2:17-CV-3916-RGK<br><br>Bankruptcy Court case no. 2:16-bk-10015-BB<br>Chapter 11<br><br>**Order Granting Stipulation (Motion) of Dorn Platz Management, Inc., Neuman Properties & Development, LLC, and Delovely Properties, LLC and Dismissing Appeal [Federal Rule of Bankruptcy Procedure 8023]**<br><br>Hon. R. Gary Klausner<br>Roybal Federal Building<br>255 E. Temple Street.<br>Courtroom 850, 8th Floor<br>Los Angeles, CA 90012 |

On January 12, 2018, Dorn Platz Management, Inc. filed the *Stipulation (Motion) and Dismissal Agreement of Dorn Platz Management, Inc., Neuman Properties & Development, LLC, and Delovely Properties, LLC for Order Dismissing Appeal [Federal Rule of Bankruptcy Procedure 8023]*.

Good cause appearing, the stipulation is approved and the motion is granted. The above-captioned appeal is dismissed.

IT IS SO ORDERED.

DATED: January 16, 2018

_____
   Hon. R. Gary Klausner
   U.S. District Judge